## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| ANTHONY BALLARD | NO. 07-549-10 |

### O R D E R

AND NOW, this 2nd day of December, 2020, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 1085), the government's response thereto (Doc. No. 1091), and Defendant's reply to the government's response (Doc. No. 1094), it is hereby ORDERED that the Motion is GRANTED.

The Court has considered the factors listed in 18 U.S.C. § 3553(a) and the policy statements issued by the Sentencing Commission, to the extent they are applicable, and finds that Mr. Ballard has presented "extraordinary and compelling reasons" justifying a reduction in his sentence.

Mr. Ballard's term of imprisonment is hereby reduced to the time he has already served.  He shall be released from the custody of the Bureau of Prisons (FCI Miami) within fourteen days, allowing for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release.

Upon his release from custody, Mr. Ballard shall begin serving a ten-year term of supervised release previously imposed by the Court and shall contact the U.S. Probation Office within 24 hours of his release and follow its instructions.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.